# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| TERRANCE L. CLAY, | : |
| Plaintiff, | : |
| vs. | : CA 10-0081-C |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : |
| Defendant. | : |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff be awarded attorney's fees in the amount of $750.00 under the Equal Access to Justice Act.

**DONE** this the 7th day of February, 2011.

                                             s/WILLIAM E. CASSADY
                                             **UNITED STATES MAGISTRATE JUDGE**